FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY R. FERGUSON, JGF (minor),<br><br>  Plaintiff,<br><br>  v.<br><br>CALLALILY Q. FERGUSON, JARED B. SMITH, PAUL DINENNA, JR., KELLY SEWYES, MERILL LYNCH, Bank of America Spokane Branch,<br><br>  Defendants. | No. 2:20-CV-00241-SAB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On August 5, 2020, the Court issued an Order Dismissing Complaint with Leave to Amend, ECF No. 13. In the order, the Court dismissed Plaintiff's Complaint, ECF No. 1, and granted him leave to file an Amended Complaint. However, the Court stated that, if Plaintiff did not file an Amended Complaint within 30 days of the Order, this would result in dismissal and closure of the file. ECF No. 13 at 5.

More than 30 days have passed since the Court issued its order and Plaintiff has still not submitted a First Amended Complaint. Thus, the Court dismisses this action without prejudice.

//

//

//

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED without prejudice** for failure to submit a First Amended Complaint.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide a copy to *pro se* Plaintiff, and **close** the file.

**DATED** this 20th day of September 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE** # 2